JOHNSON, Appellant v. CARLSON, Respondent

(67 N. W.2d 784)

(File No. 9396. Opinion filed December 29, 1954)

**Boyce, Warren, Murphy & McDowell, George O. Johnson,** Sioux Falls, for Plaintiff and Appellant.

**Bogue & Masten,** Canton, for Defendant and Respondent.

PER CURIAM. The appeal in the above entitled action was perfected June 22, 1953. Since that date neither an order extending the time within which a record may be settled, as provided by SDC 33.0741 as amended October 1, 1953, nor an appellant's brief have been filed in the office of the clerk of this Court.

Our order will be that the appeal be dismissed for lack of prosecution, and the judgment of the trial court be affirmed.